UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60241-CIV-MORENO

RAYDEL MARTINEZ and
DARNETH DOMINGUEZ,

    Plaintiffs,

vs.

CWC TRANSPORTATION, LLC;
CARLOS ASSAYAG; and
WILLIAM MASARO;

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Frank Allocca, Esq. on July 31, 2019, at 2:00 p.m. at Florida Mediation, 401 East Las Olas Blvd., Suite 1220, Ft. Lauderdale, FL 33301.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 of April 2019.

ROBERT N. SCOLA, JR. for:
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record