UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 19-60241-CIV-FAM

RAYDEL MARTINEZ AND DARNETH
DOMINGUEZ
                                        NOTICE OF MEDIATION CONFERENCE DATE
    Plaintiff(s),

vs.

CWC TRANSPORTATION, LLC., CARLOS
ASSAYAG AND WILLIAM MASARO

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 07/31/2019 Wednesday 2:00 P.M.* |
| LOCATION: | Mediation Facility<br>Bank of America Tower - Suite 1220<br>401 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>Frank J. Allocca, Esq.<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| NOTICE: | Please notify FLORIDA MEDIATION GROUP immediately of any scheduling problems.  If this is Court Ordered, all parties must agree to cancel and/or reset the Mediation. |

*2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

s/Allene D. Nicholson
Florida Bar Number 201553
Email mediate@floridamediation.com
FLORIDA MEDIATION GROUP, INC.
44 West Flagler Street
19th Floor
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-1478

```
                                          PAGE 2.
CASE NO.      : 19-60241-CIV-FAM
FMG FILE NO.  : 0-1478
PLAINTIFF     : MARTINEZ


Copies on April 16, 2019 to:

Domingo Carlos Rodriguez, Esq.
Rodriguez Law Office, LLC.
95 Merrick Way
Suite 720
Miami   FL   33134
305-774-1477 Fax 305-774-1075




Bruce S. Liebman, Esq.
Akerman LLP
350 East Las Olas Boulevard
Suite 1600
Ft. Lauderdale   FL   33301
954-463-2700 Fax 954-463-2224
```

```
                       FLORIDA MEDIATION GROUP



                       F E E    S C H E D U L E




Thank you for choosing FLORIDA MEDIATION GROUP. The following is our
fee schedule for this mediation with Frank J. Allocca, Esq.
If you have any problems or questions, please call our office and
reference our FMG file number 0-1478.

1 -   There will be a 1.5 hour minimum fee charged.

2 -   The mediation is billed at $357.50 per party for the first
      1.5 hours. Any additional time is billed at $325.00 per hour,
      rounded to the next half hour, divided equally among the parties.

3 -   IF POSSIBLE, PLEASE BRING A DEPOSIT CHECK IN THE AMOUNT OF
      $357.50 PER PARTY TO COVER THE 2 PARTY, 1.5 HOUR MINIMUM.

      If the final bill is more than $357.50, we will recalculate
      the cost and bill you.

      If the final bill is less than $357.50, we will refund the
      difference.

4 -   Florida Mediation Group has no relationship with your client(s).
      Therefore, counsel for each party is responsible for ensuring that
      mediation fees are paid promptly.

                         TAX ID #47-3700734
         (PLEASE CALL TO MAKE A DIFFERENT ARRANGEMENT IF THIS
          IS NOT POSSIBLE OR CAUSES SUBSTANTIAL DIFFICULTIES!)

5 -   The Mediator may charge for cancellations made the day of the
      scheduled mediation. (NOTE: DO NOT RELY ON THE OTHER SIDE TO
      NOTIFY FLORIDA MEDIATION GROUP OF ANY CANCELLATIONS).


Thank you very much.



FMG #0-1478
FED.16
```