**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

Case No. 19-cv-60241-FAM

RAYDEL MARTINEZ and
DARNETH DOMINGUEZ,

    Plaintiffs,

vs.

CWC TRANSPORTATION, LLC;
CARLOS ASSAYAG; and
WILLIAM MASARO;

    Defendants.

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case Magistrate Judge Barry S. Seltzer, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment.  The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| /s/ Edward McNamara | /s/Domingo C. Rodriguez | /s/Roberto E. Pertierra |
|---|---|---|
| **Edward McNamara, Esq.** **Jose Cobo, Esq.** **(F.B.N. 96052)** KAUFMAN DOLOWICH & VOLUCK, LLP 100 S.E. Third Ave., Suite 1500 Fort Lauderdale, FL 33394 Telephone: (954) 302-2360 Fax: (888) 464-7982 emcnamara@kdvlaw.com jcobo@kdvlaw.com Counsel for Defendants | **Domingo C. Rodriguez, Esq.** **(F.B.N. 394645)** RODRIGUEZ LAW OFFICE, LLC 95 Merrick Way Suite 720 Miami, FL 33134 Tel: (305) 774-1477 Domingo@rlomiami.com Nicole@rlomiami.com Pleadings@rlomiami.com Counsel for Plaintiffs | **Roberto E. Pertierra, Esq.** **(F.B.N. 616370)** Roberto E. Pertierra, P.A. 2655 Le Jeune Road, Ste 1105 Coral Gables, FL 33134 Tel: (305) 444-0011 robertopertierra@gmail.com Co-Counsel for Plaintiffs |

Dated: June 13, 2019.    Respectfully submitted,

/s/ Domingo C. Rodriguez, Esq.
Domingo C. Rodriguez, Esq.
(F.B.N. 394645)
domingo@rlomiami.com;
Nicole@rlomiami.com;
Pleadings@rlomiami.com
**Rodriguez Law Office, LLC**
95 Merrick Way, Suite 720
Miami, Florida 33134
Tel: (305)774-1477~Fax: (305)774-1075
*Counsel for Plaintiffs*

**Roberto E. Pertierra, Esq.**
ROBERTO E. PERTIERRA, P.A.
2655 Le Jeune Road, Suite 1105
Coral Gables, Florida 33134-5827
Tel:(305)444-0011~Fax:(305) 441-2122
Email: robertopertierra@gmail.com
Email: pertierrapa@gmail.com
*Co-Counsel for Plaintiffs*